**DISMISS; Opinion Filed June 10, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-13-00701-CV

### IN RE DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23,592-86**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

Relator seeks to have this Court order the Kaufman County District Clerk to forward certain records related to his appeal. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Jim Moseley/
JIM MOSELEY
130701F.P05                                      JUSTICE